# United States Bankruptcy Court
### Northern District of Illinois
## 219 South Dearborn
## Chicago, Illinois 60604

**Jeffrey P. Allsteadt**, Bankruptcy Clerk

Thomas G. Bruton
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

| | |
|---|---|
| Date | 03/06/2024 |
| Adversary Case Number | 20 A 00167 |
| Case Name | Springer v. Trinity Green-Colorado, LLC |
| Notice of Appeal Filed | 02/14/2024 |
| Appellant | Trinity Green-Colorado, LLC |
| District Court Number | |
| District Court Judge | |

Dear Sir:

Pursuant to **Bankruptcy Rule 8003** transmitted herewith is the Notice of Appeal.

- ✓ Notice of Appeal
- ☐ Cross Appeal
- ✓ D.C. Civil Coversheet
- ✓ Transmittal Letter
- ☐ NOA Unpaid Fee Due
- ✓ Copy of Docket Sheet
- ✓ Judgment/Order Being Appealed
- ☐ Informa Pauperis

Additional Items Included

☐ _____

Previous D C Judge _____    Case Number _____

By Deputy Clerk  Lakeysha Sims

Rev 03/2015bb